```
 1  ADAM WANG (STATE BAR NO. 201233)
    12 South First Street, Suite 908
 2  San Jose, CA 95113
    Telephone:    (408) 421-3403
 3  Facsimile:    (408) 351-0261

 4  Attorney for Plaintiffs
    YUE ZHOU & SHIAO-LIN KUO
 5
    ERIC F. HARTMAN, ESQ. (SATE BAR NO. 083571)
 6  LAW OFFICE OF ERIC F. HARTMAN
    300 S. FIRST STREET, #210
 7  SAN JOSE, CA. 95113
    (408) 297-7254 / Fax (408) 297-0608
 8
    Attorneys for Defendant
 9  WANG'S RESTAURANT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| YUE ZHOU & SHIAO-LIN KUO, | Case No. C05 00279 PVT |
|---|---|
| Plaintiffs, | *ORDER ON* **STIPULATION TO CONTINUE ADR DEADLINE** |
| v. | |
| WANG'S RESTAURANT | |
| Defendant(s). | |

　　　Plaintiffs  YUE ZHOU and SHIAO-LIN KUO, and defendant WANG'S RESTAURANT, through their respective counsel stipulate to continue the deadline of the mediation completion date as follows:

　　　1.　　The Court ordered this case be referred for mediation to be completed on or prior to August 24, 2005.

　　　2.　　 Due to the trial schedule of defendant's counsel, parties have been unable to schedule a mediation date prior to the August 24, 2005.

　　　3.　　As such, parties respectfully request that the mediation competition date of the mediation be continued for 60 days until October 24, 2005.

| | | |
|---|---|---|
| 1 | Dated: August 24, 2005 | ADAM WANG |
| 2 | | |
| 3 | | By: /s/ Adam Wang<br>Attorney for plaintiffs<br>YUE ZHOU & SHIAO-LIN KUO |
| 4 | | |
| 5 | Dated: August 24, 2005 | Eric Hartman |
| 6 | | |
| 7 | | By: /s/Eric Hartman<br>Attorney for defendant<br>WANG'S RESTAURANT |

[~~PROPOSED~~] ORDER

Pursuant to parties stipulation, **IT IS SO ORDERED**.

Dated: August 25, 2005        By:    /s/ Patricia V. Trumbull
                                            PATRICIA V. TRUMBULL
                                            United States Magistrate Judge