UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YUE ZHOU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WANG'S RESTAURANT, <br><br> Defendant. | Case No.: C 05-0279 PVT <br><br> **INTERIM ORDER RE ADAM WANG'S MOTION TO INTERVENE AND MOTION FOR ATTORNEY'S FEES** |

On September 13, 2006, attorney Adam Wang filed a motion to intervene and a motion for attorney's fees.[1] On October 3, 2006, Defendant filed two briefs and a declaration by Eric F. Hartman in which Defendant objects to the motion to intervene and the motion for attorneys fees on the grounds that, among other things, they did not comply with the notice requirements of Civil Local Rule 7-2. Defendant also objects to this court's indication in its prior order that AdamWang will be allowed to question the witnesses at the October 10, 2006 hearing. Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this interim order regarding the briefing and hearing for the motion to intervene and the motion for attorneys fees. Based on the request and the file herein,

IT IS HEREBY ORDERED that the motions will be heard at 10:00 a.m. on October 10, 2006. While the proper procedure would have been for attorney Adam Wang to seek an order

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

shortening time, it appears Defendant had adequate time to prepare its oppositions to the motions,[2] and judicial economy is best served by hearing all of the motions on the same day.

IT IS FURTHER ORDERED that the court will determine whether or not to allow attorney Adam Wang to question the witnesses after hearing oral argument on the motion to intervene.

Dated: *10/4/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2] If Defense counsel believes he did not have time to prepare adequate opposition papers, Defendant may file supplemental opposition papers to supply any necessary factual information or legal authority missing from the opposition papers already filed. Any such supplemental papers shall be electronically filed no later than noon on October 9, 2006.

ORDER, *page 2*

1  copies mailed on _____ to:

2  Shiao-Lin Kuo
   725 Carding Drive
3  Sunnyvale, CA 94087

4  Kurt A. Miller, Esq.
   Law Office of Kurt Miller
5  3753 Ridgeview Court
   Morgan Hill, CA 95037

6

7  Eric F. Hartman, Esq.
   Law Office of Eric F. Hartman
   300 S. First Street, #210
8  San Jose, CA 95113

9  Adam Wang, Esq.
   Dal Bon & Wang
10 12 South First St., Ste. 613
   San Jose, CA 95113

11

12

13                                        _____
                                          CORINNE LEW
14                                        Courtroom Deputy

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 3*