UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YUE ZHOU, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WANG'S RESTAURANT,<br><br>　　　　　Defendant. | Case No.: C 05-0279 PVT<br><br>**ORDER CONTINUING HEARING ON INTERVENER'S MOTION FOR ATTORNEY'S FEES TO JANUARY 23, 2007** |

Due to the court's scheduling needs,

IT IS HEREBY ORDERED that the hearing on Intervener Adam Wang's motion for attorneys fees is continued to 10:00 a.m. on January 23, 2007. Counsel shall immediately notify the court and all other counsel if any scheduling conflict would interfere with counsel's appearance before this court at that date and time. (In that event, counsel shall promptly meet and confer, and submit either a joint or separate proposals for a different hearing date.)

Dated: *1/11/07*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*