UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YUE ZHOU, et al., <br>         Plaintiffs, <br>    v. <br> WANG'S RESTAURANT, <br>         Defendant. | Case No.: C 05-0279 PVT <br><br> **ORDER STRIKING UNAUTHORIZED DECLARATION** |

On March 1, 2007, Intervener Adam Wang filed a document entitled "Declaration of Adam Wang in Support of Supplemental Attorney's Fees" (the "March 1st Declaration"). Based on the file herein,

IT IS HEREBY ORDERED that the March 1st Declaration is STRICKEN from the record. This court's Civil Local Rule 7-3(d) provides:

> **Supplementary Material**. Before the noticed hearing date, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by serving and filing a Statement of Recent Decision, containing a citation to and providing a copy of the new opinion - without argument. *Otherwise, once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval.* (Emphasis added.)

Intervener failed to obtain court approval before his March 1st Declaration, which he filed just three court days before the hearing, and long after he worked the additional claimed hours. There is no

1 | good cause that would justify requiring Defendant to respond to a supplemental declaration on such
2 | short notice at this late date, and the court is not inclined to further continue the hearing.
3 | Dated: *3/2/07*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*